UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi (Gulfport-6 Divisional Office)

IN RE:	KIM M SMIECINSKI	CASE NO:	24-50749
	CHAPTER:	13

Debtors

**Change of address – Payment for Creditor**

As to Claim 5-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for Notifications has changed.

Old Notifications address	New Notifications address



Old payment address	New payment address
Wells Fargo Auto	Wells Fargo Auto
PO Box 17900	PO Box 51963
Denver CO 80217-0900	Los Angeles CA 90051-6263

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: BKChapter13@WellsFargo.com


07/23/2025	 /s/Canell Thornton
	Associate Loan Servicing Representative
	Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto


FORM-1072 (04/16/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

CERTIFICATE OF SERVICE

Southern District of Mississippi (Gulfport-6 Divisional Office)

IN RE: KIM M SMIECINSKI    CASE NO: 24-50749
                CHAPTER: 13

Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 07/23/2025 , I served a true and correct copy of the above Change of Address as follows:

☒ By CM/ECF:
 Canell Thornton
 Associate Loan Servicing Representative

☐ By mail:
 [Name]
 [Address]

☐ By [Method of delivery]:
 [Name]
 [Address]

07/23/2025            /s/Canell Thornton
                Associate Loan Servicing Representative
                Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (04/16/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.