**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF MISSISSIPPI**

**In RE:**                                         **Chapter:** 13

KIM MARIE SMIECINSKI                 **Claim Number:** 9

                                                   **Case Number:** 24-50749

**Debtor(s)**

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor, **Capital One Auto Finance, a division of Capital One, N.A.**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

[ ] Notice only          [√] Payment only          [ ] Notice & Payment

**PAYMENT ADDRESS**

FROM:

Capital One Auto Finance, a division of Capital One, N.A. c/o AIS Portfolio Services, LLC

P.O. Box 4360

Houston, TX 77210

TO:

Capital One Auto Finance, a division of Capital One, N.A. c/o AIS Portfolio Services, LLC

PO Box 661381

Dallas,TX 75266-1381

Date:  08/11/2026

/s/ Rohan Pardeshi

Creditor's Authorized Agent for Capital One Auto Finance, a division of Capital One, N.A.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In RE:**

      **Chapter:** 13

    KIM MARIE SMIECINSKI       **Case Number:** 24-50749

**Debtor(s)**

## Certificate of Service

I certify that on 08/11/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
THOMAS CARL ROLLINS JR
TROLLINS@THEROLLINSFIRM.COM

Trustee
WARREN A CUNTZ JR
WCUNTZCOURT@GPORT13.COM

/s/ Rohan Pardeshi

Rohan Pardeshi
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com